UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

DARRELL E. GIFFORD, )
 )
       Plaintiff, )
 ) No. 1:05-CV-207
v. )
 ) Judge Curtis L. Collier
DURA AUTOMOTIVE SYSTEMS, INC., )
 )
       Defendant. )

## ORDER

In accordance with the accompanying memorandum, the Court hereby **ORDERS** as follows:

(1) Defendant's motion to dismiss (Court File No. 2) is **GRANTED**, and all claims against Defendant are **DISMISSED**; and

(2) The Court **ORDERS** the Clerk's Office to **CLOSE** this case.

**SO ORDERED.**

**ENTER:**

                          **/s/**
                   **CURTIS L. COLLIER**
        **UNITED STATES DISTRICT JUDGE**